```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WILDFLOWER + CO., INC,                                      :
                                                            :
                          Plaintiff,                        :
                                                            :                20-CV-4577 (VSB)
             -v-                                            :
                                                            :                    ORDER
MOOD APPAREL, LTD.                                          :
(d/b/a/ Mood Fabrics),                                      :
                                                            :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020

VERNON S. BRODERICK, United States District Judge:

Plaintiff commenced this action on June 15, 2020 by filing its Complaint. (Doc. 1.) A copy of the Summons and Complaint was served on Defendant Mood Apparel, Ltd. on June 24, 2020. (Doc. 8.) Defendant has failed to appear or respond to the Complaint.

On September 14, 2020, the Clerk of the Court entered a Certificate of Default as to Defendant. (Doc. 14.) Plaintiff sought an Order to Show Cause on October 19, 2020, which I issued on November 1, 2020, directing Defendant to show cause why an order should not be issued granting Plaintiff a default judgment. (Docs. 16–17; 19.) Plaintiff served the Order to Show Cause and supporting materials on Defendant on November 4, 2020. (Doc. 20.)

The show cause hearing was held on November 12, 2020. Defendant failed to appear at that hearing or request that it be adjourned. To date, no notices of appearance for Defendant have been filed. In light of the fact that service on Defendant was proper, and Defendant has failed to appear in this case, it is hereby:

ORDERED that a default is entered against Defendant Mood Apparel, Ltd. on the issue

of liability.

An order referring this action to the designated Magistrate Judge for an inquest on damages will be entered concurrently with this order.

SO ORDERED.

Dated: November 12, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge